UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 28, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-09-0373 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| YEVGENIY MASLOV , ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __YEVGENIY MASLOV__ , Case No. _CR. S-09-0373 GEB_ , Charge _Title 18 USC § 2252_ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    X    Bail Posted in the Sum of $ _50,000_

            X    Unsecured Appearance Bond _co-signed by mother_

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            X    (Other)    _Conditions of Release to be Supervised by Pretrial Services._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _August 28, 2009_ at _2:25_ pm .

By     _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge