```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, Bar # VI766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   YEVGENIY MASLOV
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-0373-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| YEVGENIY MASLOV, | ) | |
| | ) | Date: October 9, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties, Carolyn R. Delaney, Assistant United States Attorney, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Yevgeniy Maslov, that the status conference of September 18, 2009 at 9:00 a.m., be vacated, and the matter be set for status conference on October 9, 2009 at 9:00 a.m.

   The reason for the continuance is that defense counsel requires additional time to examine the contraband evidence with the defendant at the I.C.E. office. The parties agree a continuance is necessary for this purpose, and agrees to exclude time under the Speedy Trial Act accordingly.

1     IT IS STIPULATED that the period from the signing of this Order,
2  up to and including October 9, 2009, be excluded in computing the time
3  within which trial must commence under the Speedy Trial Act, pursuant
4  to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
5  preparation of counsel.
6  Dated: September 15, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        YEVGENIY MASLOV

14 Dated: September 15, 2009

                                        LAWRENCE BROWN
                                        Acting United States Attorney


                                        */s/ Carolyn R. Delaney*
                                        _____
                                   By:  CAROLYN R. DELANEY
                                        Assistant U.S. Attorney




                                 **ORDER**

22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for September 18,
24 2009, be continued to October 9, 2009, at 9:00 a.m.  Based on the
25 representation of defense counsel and good cause appearing therefrom,
26 the Court hereby finds that the failure to grant a continuance in this
27 case would deny defendant reasonable time necessary for effective
28 preparation, taking into account the exercise of due diligence.  The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time from the date of this
4  Order, to and including, the October 9, 2009 status conference shall be
5  excluded from computation of time within which the trial of this matter
6  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to
8  prepare.

Dated:  September 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge