# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Yevgeniy Maslov                                          **Docket No. 2:09-CR-0373-GEB-1**

**COMES NOW** Beth A. Baker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Yevgeniy Maslov, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 28th day of August, 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18: 2252(a)(2) - Receipt and Distribution of Child Pornography; 18:2252(a)(4)(B) - Possession of Child Pornography; and, 18:2253 - Forfeiture. On November 13, 2009, the defendant pled guilty to Possession of Child Pornography.  Sentencing is set before the Honorable Garland E. Burrell Jr., on January 29, 2010.

**BOND CONDITIONS**: The defendant was ordered released on a $50,000, unsecured bond co-signed by his mother, with Pretrial Services supervision and special conditions. Please see attached.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 18, 2009, the defendant failed to comply with the home confinement program (Condition No. 13).  On said date, Pretrial Services authorized the defendant to work from 2pm to 10:30pm at Colonial Health Care.  The defendant failed to report to work as directed and reportedly went shopping and to the Thunder Valley Casino without prior approval. However, Pretrial Services has no verification of the defendant's whereabouts on December 18, 2009, from 3:40pm until 10:43pm.  On said date, the defendant only had permission to attend work.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this court's calendar on Tuesday, December 22, 2009, at 2:00 p.m.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Beth A. Baker

U.S. Pretrial Services Officer

**ORDER**     December 21, 2009

\_\_\_\_\_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_.

\_\_\_\_ The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_ The Court orders a summons be issued with an appearance date of _____.

Maslov, Yevgeniy
Pretrial Services Second Violation Petition


_xx_   The Court hereby orders this matter placed on this court's calendar on December 22, 2009,  at **2:00**  p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____   The Court orders no action be taken.


Considered and ordered this 21st day of
December, 2009, and ordered filed and
made a part of the records in the above case.


EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Maslov, Yevgeniy
Pretrial Services Second Violation Petition

**SPECIAL CONDITIONS:**

1.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.  Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4.  You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5.  You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6.  You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

7.  You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

8.  You shall not use or possess a computer in your residence or at any other location unless prior approved by the pretrial services officer.  All computers shall be removed from your home for the exception of one approved computer.  The one computer allowed to remain at your residence shall be password protected and kept locked in your mother's bedroom and you shall not use or have access to this computer unless authorized by Pretrial Services;

9.  You shall not access the Internet at your residence or at any other location unless prior approved by the pretrial services officer;

10. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

11. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

12. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

13. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

Maslov, Yevgeniy
Pretrial Services Second Violation Petition

**CURFEW:** You shall be subject to a curfew that will be determined by the pretrial services officer;

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company; and, you shall be subject to a curfew that will be determined by the pretrial services officer;

14.     You shall obtain/maintain employment as approved by Pretrial Services and provide verification as directed.  You shall not use computers or access the internet at your place of employment unless it is prior approved by Pretrial Services;

15.     You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

16.     You shall submit to drug or alcohol testing as approved by the pretrial services officer;

17.     You shall submit to DNA testing as directed by the United States Attorney's Office;

18.     You shall obtain no passport or travel documents during the pendency of this case;

19.     You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

20.     You shall not operate a motor vehicle unless properly licensed and insured; and,

21.     You shall clear up your outstanding traffic warrant within 30 days of your release from federal custody.