

FILED

DEC 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 09-0373 GEB |
| Plaintiff, | |
| vs. | DETENTION ORDER |
| YEVGENIY MASLOV, | (Violation of Pretrial Release, Probation or Supervised Release) |
| Defendant. | |

☒ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

___ There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

☒ There is clear and convincing evidence that the defendant has violated another condition of release and

___ based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

☒ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

___ Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1   IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
2   custody of the Attorney General for confinement in a corrections facility separate, to the extent
    practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
3   The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
    Upon further order of a court of the United States or request of an attorney for the United States the
4   person in charge of the corrections facility in which defendant is confined shall deliver defendant
    to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6
    Dated: 12-23-09
7
                                                    EDMUND F. BRENNAN,
                                                    UNITED STATES MAGISTRATE JUDGE
8