BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   2:09-CR-0373-GEB
                                  )
        Plaintiff,                )   ORDER TO INCORPORATE
                                  )   PRELIMINARY ORDER OF
    v.                            )   FORFEITURE INTO JUDGMENT
                                  )   IN A CRIMINAL CASE
YEVGENIY MASLOV,                  )
                                  )
        Defendant.                )
_____)

The Preliminary Order of Forfeiture entered November 24, 2009, is hereby made final as to defendant Yevgeniy Maslov and shall be incorporated into the Judgment in a Criminal Case filed June 2, 2010.

Dated:  June 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1       Order to Incorporate Preliminary
        Order of Forfeiture Into Judgment